Opinion filed May 17, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed May 17, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00061-CV 

                                                    __________

 

                          ISABEL POLANCO LOZANO, JR., Appellant

 

                                                             V.

 

                                      TRINIDAD LOZANO, Appellee

 



 

                                         On
Appeal from the 318th District Court

 

                                                         Midland
 County, Texas

 

                                                Trial Court Cause No. FM-46,046

 



 

                                            M
E M O R A N D U M     O P I N I O N

Isabel Polanco Lozano, Jr. has filed in this court
a motion to dismiss his appeal.  In his
motion, Lozano states that he no longer wishes to continue his appeal.  The motion is granted, and the appeal is
dismissed.           

 

PER CURIAM

May 17, 2007

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.